Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: <br><br> CHRISTOPHER REGINALD CONYER | Case No. 19-14635(MBK) <br><br> Chapter 13 <br><br> Hearing date: 5-14-19 <br><br> <u>OBJECTION TO CONFIRMATION</u> |

Santander Consumer USA Inc. ("Santander") a secured creditor of the debtor, objects to the debtor's plan for the following reasons:

a. **PLAN SILENT AND DOES NOT PROVIDE FOR PAYMENT OF PRE-PETITION ARREARS:** Santander holds a first purchase money security interest encumbering 2013 SUBARU CROSSTREK owned by the debtor. The plan is silent as to Santander. Santander filed a proof of claim with pre-petition arrears of $399.79. The term of debtor's loan with Santander exceeds the length of the plan. The plan should be amended. Part 4b of the plan should state that the debtor will pay $399.79 of arrears through the plan with current payments of $348.86 to be paid directly to Santander. The plan should also state that Santander will

    retain its lien on the vehicle after confirmation, and if the plan completes and the debtor receives a discharge before the retail installment contract with Santander is paid in full according to its terms, the debtor's obligations under the retail installment contract will not be discharged.

b. **Proof of insurance:** Santander requests that the debtor provide it with proof that the vehicle is insured as required by 11 U.S.C. 1326(a)(4).

                                        /s/ John R. Morton, Jr.
                                        John R. Morton, Jr., attorney for
                                        Santander Consumer USA Inc.

Dated: 4-29-19