ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-5, ASSET-BACKED CERTIFICATES, SERIES 2006-5

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - TRENTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-14635-MBK |
| CHRISTOPHER REGINALD CONYER, | Chapter 13 |
| Debtor(s). | |

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach

Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 and not as counsel of record. The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to D.N.J. LBR 2090-1.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Jenelle C. Arnold
> ALDRIDGE PITE, LLP
> 4375 Jutland Drive, Suite 200
> P.O. Box 17933
> San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. ' 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: May 29, 2019          ALDRIDGE PITE, LLP

                  /s/ Jenelle C. Arnold
                  Jenelle C. Arnold
                  ALDRIDGE PITE, LLP
                  4375 Jutland Dr., Suite 200
                  P.O. Box 17933
                  San Diego, CA 92117-0933
                  Telephone: (858) 750 7600
                  Facsímile: (619) 590-1385
                  JArnold@aldridgepite.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
E-mail: JArnold@aldridgepite.com

Agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5

| | |
|---|---|
| In Re: | Case No.: 19-14635-MBK |
| CHRISTOPHER REGINALD CONYER, | Chapter: 13 |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: Honorable Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Katherine Nesser :

    ☐ represent the _____ in the above-captioned matter.

    ☐ am the secretary/paralegal for __, who represents the
    
    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

    ☒ See Attachment Page

2. On May 29, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Request for Special Notice and Service of Copies

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  May 29, 2019                    /s/ Katherine Nesser
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christopher Reginald Conyer<br>47 Sunflower Cir<br>Burlington, NJ 08016-2388 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Stephanie Shreter<br>The Law Office of Stephanie Shreter<br>105 High Street<br>Mt. Holly, NJ 08060<br>shreterecf@comcast.net | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Jenelle C. Arnold_____, agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 , secured creditor in the above captioned matter.