Certificate Number: 17572-NJ-DE-032962040

Bankruptcy Case Number: 19-14635



17572-NJ-DE-032962040

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 13, 2019</u>, at <u>7:42</u> o'clock <u>AM PDT</u>, <u>Christopher R Conyer</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>June 13, 2019</u>                    By:     <u>/s/Kelly Faulks</u>

Name:  <u>Kelly Faulks</u>

Title:   <u>Counselor</u>