UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48873
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

**Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTOPHER REGINALD CONYER

Case No.: 19-14635

Adv. No.:

Hearing Date: 8-28-19

Judge: Michael B. Kaplan

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Christopher Reginald Conyer**
**19-14635(MBK)**
**Order resolving objection to confirmation of Santander Consumer USA Inc.**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Stephanie Shreter Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Santander's objection to confirmation is resolved as follows:
    a. The Chapter 13 Trustee shall pay pre-petition arrears to Santander of $399.79 as set forth in its proof of claim 5-1;
    b. Santander Consumer USA Inc. is unaffected by the plan and shall retain its lien on the vehicle after confirmation.  In the event the plan completes before debtor's loan with Santander is paid in full, then the loan shall not be discharged and the title to the vehicle will not be released to the debtor until such time as the loan is paid in full by the debtor according to its terms.
    c. The terms of this order shall be deemed to modify debtor's Chapter 13 Plan.