**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48873
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

**Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTOPHER REGINALD CONYER

Case No.: 19-14635

Adv. No.:

Hearing Date: 8-28-19

Judge: Michael B. Kaplan

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Christopher Reginald Conyer**
**19-14635(MBK)**
**Order resolving objection to confirmation of Santander Consumer USA Inc.**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Stephanie Shreter Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Santander's objection to confirmation is resolved as follows:
    a. The Chapter 13 Trustee shall pay pre-petition arrears to Santander of $399.79 as set forth in its proof of claim 5-1;
    b. Santander Consumer USA Inc. is unaffected by the plan and shall retain its lien on the vehicle after confirmation.  In the event the plan completes before debtor's loan with Santander is paid in full, then the loan shall not be discharged and the title to the vehicle will not be released to the debtor until such time as the loan is paid in full by the debtor according to its terms.
    c. The terms of this order shall be deemed to modify debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Reginald Conyer  
    Debtor

Case No. 19-14635-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 19, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.  
db        Christopher Reginald Conyer,    47 Sunflower Cir,    Burlington, NJ  08016-2388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com  
      John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... rsolarz@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 rsolarz@kmllawgroup.com  
      Stephanie Shreter   on behalf of Debtor Christopher Reginald Conyer shreterecf@comcast.net, shreterlaw@gmail.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 6