UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.:  50030
JM-5630

**Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christopher Reginald Conyer

| | |
|---|---|
| Case No.: | 19-14635 |
| Hearing Date: | 11-13-2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☑ Followed | ☐ Modified | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Santander Consumer USA Inc._____, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is

vacated to permit the movant to pursue the movant's rights in the personal property described below to

the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏        Real property more fully described as:

☑        Personal property more fully described as:

    2013 Subaru XV Crosstrek
    Vehicle Identification Number
    JF2GPACCXD2871327

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14635-MBK
Christopher Reginald Conyer                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Nov 14, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db              Christopher Reginald Conyer,    47 Sunflower Cir,    Burlington, NJ  08016-2388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
            Albert  Russo   docs@russotrustee.com
            Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
             al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
             mortoncraigecf@gmail.com
            Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
             al... rsolarz@kmllawgroup.com
            Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
             trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates,
             Series 2006-5 rsolarz@kmllawgroup.com
            Stephanie  Shreter   on behalf of Debtor Christopher Reginald Conyer shreterecf@comcast.net,
             shreterlaw@gmail.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7