| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-14635 / MBK**

Christopher Reginald Conyer

Petition Filed Date: 03/07/2019
341 Hearing Date: 04/11/2019
Confirmation Date: 08/28/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/03/2019 | $980.00 | 57557260 | 05/06/2019 | $980.00 | 58409470 | 06/10/2019 | $980.00 | 59280710 |
| 07/16/2019 | $980.00 | 60125480 | 08/27/2019 | $980.00 | 61241580 | 10/02/2019 | $980.00 | 62237500 |
| 11/04/2019 | $980.00 | 62993240 | 12/12/2019 | $980.00 | 63986190 | | | |

**Total Receipts for the Period:  $7,840.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,820.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher Reginald Conyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE SHRETER, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,112.30 | $0.00 | $5,112.30 |
| 2 | METRO PUBLIC ADJUSTMENT, INC. | Unsecured Creditors | $998.95 | $0.00 | $998.95 |
| 3 | GATEWAY ONE LENDING & FINANCE, LLC.<br>»»  2013 HYUNDAI SONATA/DEF BAL | Unsecured Creditors | $5,838.25 | $0.00 | $5,838.25 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 TAX PERIODS | Priority Crediors | $21,163.22 | $4,459.03 | $16,704.19 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2004;2009;2014 | Unsecured Creditors | $16,610.11 | $0.00 | $16,610.11 |
| 6 | SANTANDER CONSUMER USA INC<br>»»  2013 SUBARU XV CROSSTREK/SV 11/13/19 | Debt Secured by Vehicle | $399.79 | $399.79 | $0.00 |
| 7 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $745.04 | $0.00 | $745.04 |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/47 SUNFLOWER CIRCLE/1ST MTG/SV 10/15/19 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | Select Portfolio SVCG<br>»»  P/47 SUNFLOWER CIRCLE/2ND MTG | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14635 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,820.00 | Plan Balance: | $49,980.00 ** |
| Paid to Claims: | $7,358.82 | Current Monthly Payment: | $980.00 |
| Paid to Trustee: | $551.74 | Arrearages: | $1,960.00 |
| Funds on Hand: | $909.44 | Total Plan Base: | $58,800.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.