Form 210A (12/09)

# United States Bankruptcy Court

District Of **New Jersey**

In re **CHRISTOPHER CONYER**,    Case No. **19-14635**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Santander Consumer USA Inc. | Gateway One Lending & Finance, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245
Phone:
Last Four Digits of Acct #: 9128

Court Claim #(if known): 3
Amount of Claim: $5,838.25
Date Claim Filed: 3/18/2019

Phone:
Last Four Digits of Acct #:    8210

Name and Address where transferee payments should be sent(if different from above):

Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356
Phone:
Last Four Digits of Acct #: 9128

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Michelle Derrick    Date: 3/13/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of upt $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &3571.