Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−14635−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Reginald Conyer
   47 Sunflower Cir
   Burlington, NJ 08016−2388

Social Security No.:
   xxx−xx−9511

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 3, 2019.

On November 13, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                December 15, 2020
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 16, 2020
JAN: pbf

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher Reginald Conyer  
    Debtor(s)

Case No. 19-14635-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3  
Date Rcvd: Nov 16, 2020  Form ID: 185  Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Reginald Conyer, 47 Sunflower Cir, Burlington, NJ 08016-2388 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518068329 | + | CMI, 4200 International Pkwy, Carrollton, TX 75007-1930 |
| 518230429 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518269758 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,, c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518068330 | | Discover Ban, c/o Christopher Odogbill Pressler & Pres, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518068336 | | Metro Public Adjustmen, c/o Ryan S. Watson, 3551 Bristol Pike, Bensalem, PA 19020-4685 |
| 518068337 | | Metro Public Adjustment, c/o J Scott Watson PC, 24 Regency Plz, Glen Mills, PA 19342-1001 |
| 518142400 | + | Santander Consumer USA Inc., POB 961245, Ft. Worth, TX 76161-0244 |
| 518136452 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518068338 | + | Santander Consumer Usa, 8585 N Stemmons Fwy, Ste 1000, Dallas, TX 75247-3800 |
| 518761582 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518761583 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 SantanderConsumerUSA Inc as |
| 518068339 | | Select Portfolio SVCG, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 518068340 | | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 518068342 | | TD Auto Finance, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 518251428 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518068343 | | US Dept of Education/GLE, 2401 International Ln, Madison, WI 53704-3121 |
| 518068344 | + | Wilmington Trust, 1100 North Market St, Wilmington, DE 19890-0001 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2020 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2020 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518068331 | | Email/Text: mrdiscen@discover.com | Nov 16 2020 22:23:00 | Discover Fincl Svc Llc, Po Box 15316, Wilmington, DE 19850-0000 |
| 518251255 | | Email/Text: jennifer.chacon@spservicing.com | Nov 16 2020 22:25:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518102481 | | Email/Text: mrdiscen@discover.com | Nov 16 2020 22:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518068332 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Nov 16 2020 22:22:00 | Gateway One Lending, 3818 E Coronado St Ste 100, Anaheim, CA 92807-1620 |
| 518125618 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Nov 16 2020 22:22:00 | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 518068333 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2020 22:23:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |

Case 19-14635-MBK    Doc 45    Filed 11/18/20    Entered 11/19/20 00:19:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 185 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| 518068328 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 00:08:11 | Chase/Bank One Card Services, Po Box 15298, Wilmington, DE 19850-0000 |
| 518068335 | Email/Text: camanagement@mtb.com | Nov 16 2020 22:23:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518068341 + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 00:09:26 | Syncb/Hh Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 518070671 + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 00:09:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518068334 | Email/Text: PBNCNotifications@peritusservices.com | Nov 16 2020 22:23:00 | kohls department store, PO Box 3115, Milwaukee, WI 53201-3115 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 rsolarz@kmllawgroup.com |
| Stephanie Shreter | on behalf of Debtor Christopher Reginald Conyer shreterecf@comcast.net shreterlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Nov 16, 2020 Form ID: 185 Total Noticed: 32
TOTAL: 8