| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-14635 / MBK**

Christopher Reginald Conyer

Petition Filed Date: 03/07/2019
341 Hearing Date: 04/11/2019
Confirmation Date: 08/28/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $980.00 | 65080900 | 02/24/2020 | $980.00 | 65783340 | 05/21/2020 | $980.00 | 68042210 |
| 06/30/2020 | $980.00 | 69024440 | 08/19/2020 | $1,960.00 | 70216150 | 09/28/2020 | $1,960.00 | 71081430 |
| 10/09/2020 | $1,960.00 | 71496190 | 10/28/2020 | $980.00 | 71883230 | 11/03/2020 | $980.00 | 72065970 |
| 12/02/2020 | $980.00 | 72761630 | 01/04/2021 | $1,412.00 | 73529920 | 02/09/2021 | $1,412.00 | 74423830 |

**Total Receipts for the Period: $15,564.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,404.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher Reginald Conyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE SHRETER, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,112.30 | $0.00 | $5,112.30 |
| 2 | METRO PUBLIC ADJUSTMENT, INC. | Unsecured Creditors | $998.95 | $0.00 | $998.95 |
| 3 | SANTANDER CONSUMER USA INC<br>»» 2013 HYUNDAI SONATA/DEF BAL/GATEWAY ONE | Unsecured Creditors | $5,838.25 | $0.00 | $5,838.25 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2015-2018 TAX PERIODS | Priority Crediors | $21,163.22 | $16,570.80 | $4,592.42 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2004;2009;2014 | Unsecured Creditors | $16,610.11 | $0.00 | $16,610.11 |
| 6 | SANTANDER CONSUMER USA INC<br>»» 2013 SUBARU XV CROSSTREK/SV 11/13/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $745.04 | $0.00 | $745.04 |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»» P/47 SUNFLOWER CIRCLE/1ST MTG/SV 10/15/19 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | US Department of Education<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | US Department of Education<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | Select Portfolio SVCG<br>»» P/47 SUNFLOWER CIRCLE/2ND MTG | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14635 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,404.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $19,070.80 | Current Monthly Payment: | $1,412.00 |
| Paid to Trustee: | $1,681.46 | Arrearages: | $0.00 |
| Funds on Hand: | $2,651.74 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**