Case 19-14635-MBK    Doc 53    Filed 02/05/22    Entered 02/05/22 13:11:18    Desc Main
Document    Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-14635 / MBK

Christopher Reginald Conyer

Petition Filed Date: 03/07/2019
341 Hearing Date: 04/11/2019
Confirmation Date: 08/28/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,412.00 | 73529920 | 02/09/2021 | $1,412.00 | 74423830 | 03/09/2021 | $1,412.00 | 75137630 |
| 04/06/2021 | $1,412.00 | 75827240 | 05/17/2021 | $1,412.00 | 76761830 | 06/14/2021 | $1,412.00 | 77384750 |
| 07/13/2021 | $1,412.00 | 78070740 | 08/13/2021 | $1,412.00 | 78769910 | 09/23/2021 | $1,412.00 | 79653160 |
| 10/19/2021 | $1,412.00 | 80237450 | 11/23/2021 | $1,412.00 | 80990130 | 12/14/2021 | $1,412.00 | 81440210 |
| 01/24/2022 | $1,412.00 | 82248440 | | | | | | |

**Total Receipts for the Period: $18,356.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,936.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher Reginald Conyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE SHRETER, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,112.30 | $1,938.24 | $3,174.06 |
| 2 | METRO PUBLIC ADJUSTMENT, INC. | Unsecured Creditors | $998.95 | $378.74 | $620.21 |
| 3 | SANTANDER CONSUMER USA INC<br>»»  2013 HYUNDAI SONATA/DEF BAL/GATEWAY ONE | Unsecured Creditors | $5,838.25 | $2,213.50 | $3,624.75 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 TAX PERIODS | Priority Crediors | $21,163.22 | $21,163.22 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2004;2009;2014 | Unsecured Creditors | $16,610.11 | $6,297.51 | $10,312.60 |
| 6 | SANTANDER CONSUMER USA INC<br>»»  2013 SUBARU XV CROSSTREK/SV 11/13/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $745.04 | $282.47 | $462.57 |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/47 SUNFLOWER CIRCLE/1ST MTG/SV 10/15/19 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

| 11 | Select Portfolio SVCG<br>»»  P/47 SUNFLOWER CIRCLE/2ND MTG | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,936.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $34,773.68 | Current Monthly Payment: | $1,412.00 |
| Paid to Trustee: | $2,868.93 | Arrearages: | $1,412.00 |
| Funds on Hand: | $1,293.39 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!**  Register today at www.ndc.org or scan this code to get started.

