| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher Reginald Conyer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9511 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–14635–MBK | | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Reginald Conyer

<u>7/24/23</u>                                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                            **Chapter 13 Discharge**                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher Reginald Conyer  
    Debtor

Case No. 19-14635-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 24, 2023      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Reginald Conyer, 47 Sunflower Cir, Burlington, NJ 08016-2388 |
| 518068336 | | Metro Public Adjustmen, c/o Ryan S. Watson, 3551 Bristol Pike, Bensalem, PA 19020-4685 |
| 518068337 | | Metro Public Adjustment, c/o J Scott Watson PC, 24 Regency Plz, Glen Mills, PA 19342-1001 |
| 518761582 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518761583 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 SantanderConsumerUSA Inc as |
| 518068344 | + | Wilmington Trust, 1100 North Market St, Wilmington, DE 19890-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2023 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2023 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2023 20:21:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518068329 | + | EDI: CMIGROUP.COM | Jul 25 2023 00:05:00 | CMI, 4200 International Pkwy, Carrollton, TX 75007-1930 |
| 518230429 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2023 20:31:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518269758 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 24 2023 20:21:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,, c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518068331 | | EDI: DISCOVER.COM | Jul 25 2023 00:05:00 | Discover Fincl Svc Llc, Po Box 15316, Wilmington, DE 19850-0000 |
| 518251255 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2023 20:22:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518068330 | | Email/Text: signed.order@pfwattorneys.com | Jul 24 2023 20:20:00 | Discover Ban, c/o Christopher Odogbill Pressler & Pres, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518102481 | | EDI: DISCOVER.COM | Jul 25 2023 00:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518068333 | | EDI: IRS.COM | Jul 25 2023 00:05:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518068328 | | EDI: JPMORGANCHASE | Jul 25 2023 00:05:00 | Chase/Bank One Card Services, Po Box 15298, Wilmington, DE 19850-0000 |
| 518068335 | | Email/Text: camanagement@mtb.com | Jul 24 2023 20:21:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518142400 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2023 20:21:00 | Santander Consumer USA Inc., POB 961245, Ft. Worth, TX 76161-0244 |
| 518136452 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2023 20:21:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518068338 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2023 20:21:00 | Santander Consumer Usa, 8585 N Stemmons Fwy, Ste 1000, Dallas, TX 75247-3800 |
| 518068339 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2023 20:22:00 | Select Portfolio SVCG, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 518068340 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 24 2023 20:21:00 | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 518068341 | + | EDI: RMSC.COM | Jul 25 2023 00:05:00 | Syncb/Hh Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 518070671 | + | EDI: RMSC.COM | Jul 25 2023 00:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518068342 | | EDI: LCITDAUTO | Jul 25 2023 00:05:00 | TD Auto Finance, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 518251428 | | Email/Text: electronicbkydocs@nelnet.net | Jul 24 2023 20:21:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518068343 | | Email/Text: electronicbkydocs@nelnet.net | Jul 24 2023 20:21:00 | US Dept of Education/GLE, 2401 International Ln, Madison, WI 53704-3121 |
| 518068334 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 24 2023 20:20:00 | kohls department store, PO Box 3115, Milwaukee, WI 53201-3115 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518068332 | ## | Gateway One Lending, 3818 E Coronado St Ste 100, Anaheim, CA 92807-1620 |
| 518125618 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023          Signature:     /s/Gustava Winters

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jul 24, 2023 Form ID: 3180W Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Stephanie Shreter | on behalf of Debtor Christopher Reginald Conyer shreterecf@comcast.net shreterlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7